# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 29, 2020

## NO. 03-20-00136-CV

**The City of Austin, Chief Brian Manley, and the Austin Police Department, Appellants**

**v.**

**Jane Doe, Appellee**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
## OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on January 28, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the order as to Doe's ultra vires claim against Chief Brian Manley. Therefore, the Court affirms the portion of the trial court's interlocutory order as to Doe's ultra vires claim against Chief Brian Manley. The Court further holds that there was reversible error in the portion of the order as to Doe's remaining claims against the City of Austin and the Austin Police Department. Therefore, the Court reverses the portion of the trial court's interlocutory order as to Doe's remaining claims against the City of Austin and the Austin Police Department and renders judgment dismissing Doe's claims against those parties. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.